IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 20-5007-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. FATP000T and FATP000U |
| vs. | Location Code: M6H |
| EARL K. FIKE, | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notices FATP000T and FATP000U is GRANTED.  (Doc. 14.)   This matter is dismissed, with prejudice as fully adjudicated.

DATED this 17th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1